# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
15 Park Pl.
2nd fl., Ste 4
Bronxville, NY 10708
Phone: (646) 992-8383
Fax: (718) 504-6962
***mail all correspondence*

FLORIDA OFFICE:
1451 W Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309
Phone: (954) 884-5040
Fax: (754) 484-3121

**MEMO ENDORSED**

May 6, 2026

Honorable Victoria Reznik
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

**Letter Motion:**
**Extension of Time Request**

**Re: Vanessa Lynnett West v. Comm'r of SSA 7:26-cv-00941-JGLC-VR**

Dear Honorable Judge Reznik:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Opening Brief is due on May 6, 2026. Due to an influx of certified administrative record filings which caused multiple conflicts on briefing calendar, with many briefs coming due on or about the same date. Plaintiff therefore writes to respectfully request that the date for Plaintiff's motion be extended, 60 days through and including July 6, 2026. No previous request for an extension has been made in this case and the Defendant has given consent.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc:  Candace Brown Casey, Esq. (Via ECR)
       Attorney for Defendant.

Plaintiff's request is **GRANTED**. The new briefing schedule is as follows:
**7/6/2026** - Plaintiff's motion
**8/4/2026** - Defendant's opposition
**8/18/2026** - Plaintiff's reply

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 5/7/2026