# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
15 Park Pl.
2nd fl., Ste 4
Bronxville, NY 10708
Phone: (646) 992-8383
Fax: (718) 504-6962
****mail all correspondence*

FLORIDA OFFICE:
1451 W Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309
Phone: (954) 884-5040
Fax: (754) 484-3121

MEMO ENDORSED

July 6, 2026

Honorable Victoria Reznik
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

**Letter Motion:**
**Second Extension of Time Request**

**Re: Vanessa Lynnett West v. Comm'r of SSA 7:26-cv-00941-JGLC-VR**

Dear Honorable Judge Reznik:

Pursuant to the Revised Scheduling Order in the above referenced case, Plaintiff's Brief is due on July 6, 2026. Plaintiff's counsel has not been able to complete the briefing due an unforeseen leave in June that has affected the briefing calendar. Plaintiff therefore writes to respectfully request that the date for Plaintiff's motion be extended 45 days, through and including August 19, 2026. This is Plaintiff's second request for an extension in this case. The Defendant has given consent and further requests a period of 45 days from Plaintiff's new due date in which to respond.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Plaintiff's request is **GRANTED**. The revised briefing schedule is as follows:
**8/20/2026** - Plaintiff's motion
**9/18/2026** - Defendant's opposition
**10/2/2026** - Plaintiff's reply

The Clerk of Court is kindly directed to close the gavel associated with ECF No. 12.

Cc: Candace Brown Casey, Esq. (Via ECF)
Attorney for Defendant.

SO ORDERED.
Hon. Victoria Reznik, U.S.M.J.

Dated: 7/7/2026