# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
15 Park Pl.
2nd fl., Ste 4
Bronxville, NY 10708
Phone: (646) 992-8383
Fax: (718) 504-6962
****mail all correspondence*

FLORIDA OFFICE:
1451 W Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309
Phone: (954) 884-5040
Fax: (754) 484-3121

MEMO ENDORSED

August 18, 2026

Honorable Victoria Reznik
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

**Letter Motion: Third Extension of Time Request**

**Re: Vanessa Lynnett West v. Comm'r of SSA 7:26-cv-00941-JGLC-VR**

Dear Honorable Judge Reznik:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Brief is due on August 20, 2026. Plaintiff's Counsel remains behind in briefing, and has incurred staffing changes that have impacted progress in briefing. Notwithstanding, the instant matter is on the calendar for completion on or before September 8, 2026. Accordingly, Plaintiff respectfully requests the Court indulge this third and final request for a short 19-day extension of time. The Defendant has given consent and has requested an additional 60 days from the filing of Plaintiff's brief. Accordingly, the proposed revised schedule is as follows:

Plaintiff's Opening Brief due September 08, 2026;
Defendant's Response Brief due November 9, 2026;
Plaintiff's Reply Brief, if any, due November 23, 2026.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

<u>/s/Eddy Pierre Pierre</u>
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc: Candace Brown Casey , Esq. (Via ECF)
Attorney for Defendant.

Plaintiff's request is **GRANTED**. The proposed briefing schedule listed above is adopted, but no more extensions will be granted.

The Clerk of Court is kindly directed to close the gavel associated with ECF No. 14.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 8/19/2026